## UNITED STATES *versus* JESSE BEVERLY

JOURNAL ENTRIES (1824): *Journal 3:* (1) Indictment presented *p. 479.
PAPERS IN FILE: (1) Indictment.

## UNITED STATES *versus* SAUNDERS BEVERLY

JOURNAL ENTRIES (1824): *Journal 3:* (1) Indictment presented *p. 479.
PAPERS IN FILE: (1) Indictment.

## CONRAD TEN EYCK AND JEREMIAH V. R. TEN EYCK, TRADING UNDER THE FIRM OF CONRAD TEN EYCK & CO., *versus* ELISHA HARRINGTON

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Recognizance taken *p. 479; (2) rule to declare and to plead *p. 481. *Journal 4:* (3) Plea withdrawn, nil dicit MS p. 12; (4) motion for execution MS p. 35; (5) motion granted, judgment MS p. 63.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) bail piece; (5) declaration; (6) plea of non assumpsit; (7) withdrawal of plea; (8) report of clerk of assessment of damages; (9) assignment of note and letter of attorney; (10) motion for execution; (11) promissory note; (12–14) receipts.

*1824–36 Calendar*, MS p. 20. Recorded in *Book B*, MS pp. 475–77.